UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| APOLLO JOHNSON #343032, ) | |
| Plaintiff, ) | |
| ) | No. 1:20-cv-670 |
| v. ) | |
| ) | Honorable Paul L. Maloney |
| BARBARA HOOVER, *et al.*, ) | |
| Defendants. ) | |
| ) | |

## ORDER ADOPTING REPORT & RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Jonathan Decker and Barbara Hoover filed a motion for summary judgment. The matter was referred to Magistrate Judge Ray Kent, who issued a Report and Recommendation on February 1, 2022, recommending that this Court grant Defendants' motion and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation (ECF No. 64) as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 46) is **GRANTED.**

Judgment to follow.

**IT IS SO ORDERED.**

Date: March 18, 2022 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge