UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APOLLO JOHNSON #343032,　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　No. 1:20-cv-670
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　Honorable Paul L. Maloney
BARBARA HOOVER, *et al.*,　　　　　)
　　　　　Defendants.　　　　　　　)
　　　　　　　　　　　　　　　　　)

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 18, 2022　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　United States District Judge